**EXHIBIT A**

State of Illinois       )
                        ) ss
County of St. Clair     )

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Mike Rehg, do hereby depose and declare under penalty of perjury the following:

1. At all times relevant herein, I have been a Special Agent with the Drug Enforcement Administration (DEA). The contents of this Declaration are based on information provided to me during the course of my investigation from participants in the criminal activity, from other witnesses, and from other law enforcement officers.

2. On February 26, 2008, a series of drug related telephone conversations were intercepted over a cellular telephone utilized by James NICHOLAS and a second male identified as Mark CLARKE. Based on the interception of multiple drug related conversations combined with DEA surveillance, DEA ascertained that a large shipment of drug proceeds was being prepared for shipment to an out of state source/supplier.

3. On February 26, 2008, Deputy Nicholas Lineback of the St. Charles Missouri Sheriff's Department observed a green 2007 Chrysler van traveling Westbound on Interstate 70 near the 206 mile marker. The vehicle was following a red passenger car directly in front of it within one car length. When Deputy Lineback pulled over to the shoulder the vehicle changed lanes from the fast lane to the slow lane. The vehicle failed to use its turn signal when changing lanes. Deputy Lineback stopped the vehicle at the 204 mile marker.

4. Deputy Lineback identified the driver as Linda SPENCE of Raytown, Missouri. The passenger was identified as Sandra CLARKE of Lenexa, Kansas.

5. Deputy Lineback explained the reason for the stop and Linda SPENCE stated that she understood. Deputy Lineback requested to see her driver's license and vehicle registration. Linda SPENCE stated that the vehicle was an "Alamo Rental Car" and provided Deputy Lineback with the agreement. Deputy Lineback noted that the vehicle was rented by Mark CLARKE and was rented in St. Louis, Missouri on February 26, 2008.

6. Deputy Lineback had Linda SPENCE exit the vehicle and return to the patrol vehicle so that he could conduct a computer check and issue a warning for the violation. While Linda SPENCE was seated in the patrol vehicle, Deputy Lineback noted that Linda SPENCE had difficulty breathing and seemed to be overly stressed for just being stopped for a traffic violation. Linda SPENCE stated several times that she was grateful that law enforcement is here to keep the public safe.

7. Deputy Lineback asked Linda SPENCE if there was any drugs, large amounts of currency, or weapons in the vehicle. Linda SPENCE stated "we just got that car today." Deputy Lineback again asked Linda SPENCE if there was anything illegal in the car and Linda SPENCE looked at the floorboard and stated "no." Deputy Lineback asked Linda SPENCE if he could conduct a search of the car and the luggage she had inside. Linda SPENCE replied "yes, you're not going to find anything though, we're good people."

8. Deputy Lineback contacted Sandra CLARKE and asked her if there was any drugs, large amounts of currency, or weapons in the vehicle. Sandra CLARKE never looked at Deputy Lineback and replied "no." Deputy Lineback asked Sandra CLARKE if he could search the vehicle and Sandra CLARKE stated "go ahead, we don't do drugs."

9. Deputy Lineback had Sandra CLARKE stand by the patrol vehicle while he searched

the van. Inside the "stow and go storage area" behind the passenger seat Deputy Lineback located a multi-colored purse that contained $136,420.00 of United States currency. The money had a strong odor of marihuana on it, and it was rubber-banded into bundles.

10. At this time, both Linda SPENCE and Sandra CLARKE were advised by Deputy Lineback that they were being detained for investigatory purposes. Deputy Gaddy placed Linda SPENCE into handcuffs and searched her for weapons. Deputy Lineback attempted to place handcuffs on Sandra CLARKE and Sandra CLARKE stated "what the fuck is this about." Deputy Lineback had to tell Sandra CLARKE several times to turn around and had to physically place Sandra CLARKE's hands together to comply.

11. Deputy Lineback continued to search the van and located drug ledger's and miscellaneous paperwork Once the search was completed, Deputy Lineback explained to Linda SPENCE and Sandra CLARKE that they could sign a currency disclaimer for the currency found in the van. Both Linda SPENCE and Sandra CLARKE stated that they wanted to sign the form since they had not knowledge or possession of the currency.

12. On March 3, 2008, agents located David CLARKE at the Hampton Inn, located at 10820 Peartree Lane, St. Louis, Missouri. Agents spoke to the front desk clerk at the Hampton Inn. The clerk indicated that Linda SPENCE was staying in Room 204 and that she was due to check out by 2:00 p.m. Agents had previously identified Linda SPENCE as a money courier for David CLARKE's Marihuana Distribution Organization.

13. Agents also observed Mark CLARKE inside the lobby of the Hampton Inn. Agents had previously identified Mark CLARKE as the son of David CLARKE. Mark CLARKE was also identified as a co-conspirator of David CLARKE's Marihuana Distribution Organization.

14. Agents observed David CLARKE, Linda SPENCE, and Sandra CLARKE walking from the Hampton Inn toward a 2007 Chevrolet Malibu. Task Force Officer Damon Kunnemann observed David CLARKE and Linda SPENCE place black suitcases into the vehicle. All three persons entered the vehicle and departed the area. Mobile surveillance was initiated at this time.

15. Special Agent Eric Kruger observed the vehicle park in front of the UPS Store at 12244 St. Charles Rock Road, Bridgeton, Missouri. Special Agent Kruger then observed a black female exit the vehicle and enter the UPS Store. Special Agent Kruger then observed David CLARKE exit the driver's seat of the vehicle and enter the UPS Store.

16. Special Agent Kruger observed the black female, accompanied by David CLARKE, exit the UPS Store carrying at least one brown folded up cardboard box. The female placed the box into the car and both the female and David CLARKE entered the car and drove directly to Aldi Foods, located at 12290 St. Charles Rock Road.

17. Special Agent Kruger observed Sandra CLARKE exit the vehicle and retrieve a brown folded up cardboard box from the vehicle. David CLARKE then exited the vehicle and assisted Sandra CLARKE in assembling the cardboard box. David CLARKE and Sandra CLARKE placed the assembled cardboard box into the rear seat of the vehicle. David CLARKE then re-entered the vehicle and departed the area. Sandra CLARKE remained in front of the Aldi Food store during this time.

18. Approximately seven minutes later, the vehicle arrived back at the Aldi Food store and Sandra CLARKE re-entered the vehicle. The vehicle then departed the area.

19. Special Agent Michael Rehg then observed the vehicle stop in front of the Office Depot store at 12452 St. Charles Rock Road, St. Louis, Missouri. David CLARKE and Sandra

CLARKE exited the vehicle and entered the Office Depot store. Upon exiting the Office Depot, Sandra CLARKE was observed placing three shopping bags into the vehicle.

20. Special Agent Rehg then observed the vehicle park at the United States Post Office located at 7450 Natural Bridge Road, St. Louis, Missouri. David CLARKE exited the vehicle and opened the vehicle's trunk. David CLARKE was observed carrying several unknown objects from the trunk to the rear passenger compartment of the vehicle.

21. Agents then approached the vehicle and placed David CLARKE, Sandra CLARKE, and Linda SPENCE under arrest. During a search of the vehicle agents observed one empty black suitcase and one black suitcase containing two large notebook binders. Also in the trunk were several folded-up cardboard boxes and Office Depot boxes containing envelopes. Located inside the passenger compartment agents observed six large notebook binders that appeared to contain "Reggae" literature on them. Also located in the passenger compartment were several cardboard boxes, miscellaneous paperwork, and two cellular telephones.

22. On March 4, 2008, agents examined the binders more closely and removed $187,290.00 in United States currency from inside all eight binders. The currency was located in white envelopes that were placed inside clear plastic sleeves/pages inside the binders.

23. On March 3, 2008, after obtaining both a room key and consent from Linda SPENCE, agents executed a consent search of Room 204 at the Hampton Inn located at 10820 Peartree, St. Louis, Missouri. Upon entry to the room, a subject identified as Mark CLARKE was located inside the room. Mark CLARKE indicated that the room was in fact in the name of Linda SPENCE and that they were both sharing the room together.

24. Agents informed Mark CLARKE that they believed that there was a large sum of

United States currency being stored in the room. Mark CLARKE denied that there was any United States currency in the room and quickly sat down on the bed.

25. As agents searched the room a large number of envelopes containing various amounts of United States currency were located and seized. As Task Force Officer Brian Lammers opened an envelope containing currency, Mark CLARKE slumped his shoulders and bowed his head.

26. It was determined that agents seized a total of $196,635.00 in United States currency along with miscellaneous paperwork.

27. On March 3, 2008, agents interviewed Linda SPENCE. Agents explained to Linda SPENCE that she along with David CLARKE, Sandra CLARKE, and Mark CLARKE were all targets of an on-going marihuana investigation. Linda SPENCE stated that she did not know anything about any marihuana, but she agreed to tell agents about what she did know.

28. Linda SPENCE stated that she met David CLARKE approximately 20 years ago in Kansas City, Missouri. Linda SPENCE stated that she later met David CLARKE's wife, Sandra CLARKE, and his son, Mark CLARKE, and that they were all friends.

29. Linda SPENCE stated that approximately one year ago David CLARKE asked her to drive him from Kansas City, Missouri to the St. Louis, Missouri area. Linda SPENCE stated that David CLARKE had a driver's license, but still wanted her to drive him. Linda SPENCE stated that she traveled with David CLARKE to St. Louis in a rental car. Linda SPENCE stated that when the arrived in the St. Louis area, they got a hotel room. Linda SPENCE stated that she could not remember what hotel they stayed at. Linda SPENCE stated that on the following day David CLARKE told her to drive the rental car back to Kansas City while he remained in St. Louis.