IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    PLAINTIFF,

        v.                 CIVIL NO.   13-1225-DRH-PMF

**$136,420.00.00 IN UNITED STATES CURRENCY, $196,635.00 IN UNITED STATES CURRENCY, and $90,291.00 IN UNITED STATES CURRENCY,**

    DEFENDANTS.

## JUDGMENT AND DECREE FOR FORFEITURE

**HERNDON, Chief Judge:**

    A default having been entered as to Sandra Clarke, and all interested parties in the above case on the 4th day of April, 2014, (Doc. 8) all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion with me as to the requested relief;

    On the 25th day of November, 2013, a Verified Complaint for Forfeiture against the defendants, more further described as:

    **$136,420.00.00 in United States currency;**

    **$196,635.00 in United States currency; and**

    **$90,291.00 in United States currency**

was filed on behalf of the plaintiff, United States of America.  The Complaint alleges that the property constitutes firearms involved in or used in a knowing

violation of 18 U.S.C. § 801 *et seq*.

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized the property on March 6, 2014;

That notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning December 11, 2013.

That Sandra Clark, and all interested parties were defaulted in the above case on the 4th day of April, 2014, [Doc. 8];

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

**$136,420.00.00 in United States currency;**

**$196,635.00 in United States currency; and**

**$90,291.00 in United States currency**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.

**IT IS SO ORDERED.**

Signed this 14th day of May, 2014.

Digitally signed by David R. Herndon
Date: 2014.05.14 15:43:26 -05'00'

**Chief Judge**
**United States District Court**